IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTY A. MOHOSKI | : | CIVIL ACTION |
| v. | : | |
| MELISSA J. FREEMAN, et al. | : | NO. 09-2105 |

## ORDER

**AND NOW**, this 30th day of October, 2009, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Docket No. 17) and Plaintiff's Motion for Appointment of Counsel (Docket No. 20), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED**.

2. Plaintiff's Motion for Appointment of Counsel is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants.

4. The Clerk shall close this case statistically.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.